IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 21 C 3642 |
| UNDERLAND ARCHITECTURAL SYSTEMS, INC., an Indiana corporation, | ) ) ) ) | JUDGE JOHN R. BLAKEY |
| Defendant. | ) | |

**MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on September 22, 2021, request this Court enter judgment against Defendant, UNDERLAND ARCHITECTURAL SYSTEMS, INC., an Indiana corporation, pursuant to F.R.Civ.P. Rule 55(b). In support of this Motion, Plaintiffs state:

1. On July 9, 2021, Plaintiffs filed suit against Defendant to collect delinquent fringe benefit contribution reports for February 2021 forward, as well as liquidated damages and interest incurred for the late payment of prior due contributions. During the course of the litigation, Plaintiffs received Defendant's fringe benefit contribution reports for February 2021 through June 2021.

2. On September 22, 2021, this Court entered default against Defendant and granted Plaintiffs' request for an order directing Defendant to turn over its monthly fringe benefit contribution reports for the time period June 2021 through August 2021. The Court granted Defendant to and including October 4, 2021 to submit the required contribution reports so that Plaintiffs could determine the amounts due and owing from Defendant.

3. On September 22, 2021 and October 6, 2021, Plaintiffs' counsel wrote to Defendant, enclosed a copy of this Court order [Dkt. 11] and requested that Defendant submit its monthly fringe benefit contribution reports for June 2021 through August 2021, first by October 4, 2021, and they by October 13, 2021. As of the date of filing the instant motion, Defendant submitted its June report and contributions, but has not submit its monthly fringe benefit contribution reports for July 2021 and August 2021.

4. Rather than initiate show cause proceedings, Plaintiffs have determined that obtaining judgment for the known amounts due is the more prudent course of action.

5. Because Defendant untimely paid fringe benefit contributions due for August 2018 through June 2021, Defendant has incurred liquidated damages in the amount of $5,764.46 to the Pension Fund and $1,449.86 to the SMA Fund, for a total of $7,214.32. (Flasch Aff. Par. 5).

6. Additionally, interest has been assessed against the Defendant for the untimely payment of contributions due through June 2021 in the amount of $910.19 to the Pension Fund and $217.13 to the SMA Fund, for a total of $1,127.32 (Aff. Par. 5).

7. Finally, Plaintiffs' firm has expended $497.00 for costs and $1,179.00 for attorneys' fees, for a total of $1,676.00, in this matter. (See Affidavit of Catherine M. Chapman).

8. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $10,017.64.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $10,017.64.

/s/ Patrick N. Ryan

Patrick N. Ryan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6278364
Telephone: (312) 216-2573
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

**CERTIFICATE OF SERVICE**

   The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 18th day of October 2021:

   Ms. Amy J. Phillips, Registered Agent/President
   Underland Architectural Systems, Inc.
   20318 Torrence Avenue
   Lynwood, IL   60411-7600


             /s/   Patrick N. Ryan


Patrick N. Ryan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone:  (312) 216-2573
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MIDJ\Underland Architectural\#29311\motion for entry of judgment.pnr.df.wpd