# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Iron Workers' Mid–America Pension Plan, et al.

                         Plaintiff,

v.                                         Case No.: 1:21–cv–03642
                                          Honorable John Robert Blakey

Underland Architectural Systems, Inc.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 19, 2021:

      MINUTE entry before the Honorable John Robert Blakey: Defendant having failed to answer or otherwise appear and the Clerk having entered Defendant's default on 9/22/21, [13], the Court hereby grants Plaintiffs' motion for entry of default judgment [14]. Enter Default Judgment Order. Consistent with the accompanying order, the Court enters judgment in favor of Plaintiffs and against Underland Architectural Systems, Inc. in the amount of $10,017.64. This judgment amount includes liquidated damages in the amount of $7,214.32; interest on contributions in the amount of $1,127.32; attorneys' fees in the amount of $1,179; and costs in the amount of $497. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.