IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 21 C 3642 |
| UNDERLAND ARCHITECTURAL SYSTEMS, INC., an Indiana corp., | ) ) ) | Judge John Robert Blakey |
| Defendant, | ) ) | |
| and | ) ) | |
| PEOPLES BANK, | ) ) | |
| Citation Respondent. | ) | |

## **TURNOVER ORDER**

This matter coming on to be heard upon the Motion of Plaintiffs for entry of a turnover order against Citation Respondent, Peoples Bank, in the amount of $10,018.15, the Court being fully advised in the premises, FINDS:

1. On October 19, 2021, judgment was entered by the Honorable John R. Blakey in favor of Plaintiffs and against Defendant, Underland Architectural Systems, Inc., in the amount of $10,017.64, plus post-judgment interest on said amount at the rate required by 28 U.S.C. §1961.

2. On November 12, 2021, Plaintiffs caused a Citation to Discover Assets to Third Party, Citation Notice to Judgment Debtor and Third-Party Respondent Answer to Citation Proceedings to be served on Citation Respondent, Peoples Bank.

3. On November 12, 2021, Citation Respondent, Peoples Bank, answered the Third-Party Respondent Answer to Citation Proceedings indicating it was holding $20,036.30, which is due and owing to Defendant.

4. There remains $10,017.64, plus post-judgment interest of $.51, due and owing on the judgment entered on October 19, 2021.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

Plaintiffs shall have and recover from Citation Respondent, Peoples Bank, the sum of $10,018.15.

Dated: November 22, 2021

Entered:

_____
John Robert Blakey
United States District Judge